744

J. J. FOSTER, Respondent, v. S. D. CAREY et al., Appellants.

`Hickcox & Provence for Appellants.

Hugh S. MacKinnon for Respondent.

THE COURT.—This is an appeal from an *interim* order authorizing the payment of costs and attorney's fees before the trial of the action.     A subsequent judgment, which has become final, decided the questions presented on this appeal in favor of the appellants.   The parties to this appeal have accordingly stipulated that the order appealed from may be reversed.

The order appealed from is reversed.